# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                       *
                                             *  CASE NO: 08-00798-BKT
**CHARILYN SANTIAGO LUGO**                   *
                                             *
                                             *  CHAPTER: 13
DEBTOR (S)                                   *
*********************************************

## MOTION SUBMITTING AMENDED SCHEDULES I AND J

TO THE HONORABLE COURT:

COMES NOW DEBTOR, through the undersigned counsel and respectfully states and prays as follows:

a) Schedule I is amended _to attach page itemizing other payroll deductions and other monthly income_.

b) Schedule J is amended _to attach itemization of other expenses._

c) The above amendments correct the omission made by excusable mistake and to no fault of the debtor.

d) The meeting of creditors (341) is scheduled to be held on March 28, 2008 at 3:00 PM.

**WHEREFORE**, debtor is hereby requesting from the Honorable Court to take notice of the aforementioned amendments to schedules.

**CERTIFICATE OF SERVICE:** It is hereby certified that on today's date copy of this Motion _along with the amended document s were filed via CM/ECF System which will send notification of such filing to all registered parties and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECM participants as per master address list_:

Respectfully submitted in San Juan, Puerto Rico, and this March 18, 2008.

/s/MADELINE SOTO PACHECO
MADELINE SOTO PACHECO, ESQ.
ATTORNEY FOR DEBTOR (S)
CHARILYN SANTIAGO LUGO
USDC 207910
LUBE & SOTO LAW OFFICES
CONDOMINIO UNIMAR
702 UNION STREET APT G-1
MIRAMAR, PR 00907
TEL.: (787) 722-0909  - FAX: (787) 977-1709

IN RE SANTIAGO LUGO, CHARILYN                           Case No. 08-00798 BKT
                           Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| MEDICAL PLAN | 14.99 | |
| VISION PLAN | 13.52 | |
| LONG TERM DIS | 7.76 | |
| RETIRMENT PLAN | 62.88 | |
| PR-DISABILITY EMPLOYEE | | 2.95 |
| Other monthly income: | | |
| ESTIMATED TAX REFUNDS PRO-RATED | 41.66 | |
| PRORATED CHRISTMAS BONUS | 32.00 | 65.51 |
| ESTIMATED TAX REFUND | | 8.00 |
| ESTIMATED PERFORMANCE BONUS PRORRATED | 66.66 | |
| ESTIMATED FEDERAL TAX REFUND (CREDIT) | 125.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
| | |
|---|---:|
| PERSONAL CARE | 50.00 |
| MEALS OUTSIDE HOME | 220.00 |
| CHILD CARE | 301.00 |
| DIAPERS, CHUBS AND MISCELLANEOUS FOR BABIES | 70.00 |
| MEDICAL EXPENSES (PSICOLOGIST, OCUPATIONAL THERAPIST CHILD) | 200.00 |
| MISCELLANEOUS SCHOOL EXPENSES PRO-RATED | 50.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE SANTIAGO LUGO, CHARILYN                                   Case No. 08-00798 BKT
                        Debtor(s)                                           (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 19, 2008**           Signature: */s/ CHARILYN SANTIAGO LUGO*
                                              **CHARILYN SANTIAGO LUGO**                         Debtor

Date: _____       Signature: _____
                                                                                (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____           _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.